**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gerome Montreal RANDALL,**
**Defendant–Appellant.**

No. 02–6429.

United States Court of Appeals,
Fourth Circuit.

Submitted July 19, 2002.

Decided Aug. 5, 2002.

Gerome Montreal Randall, Appellant Pro Se. John Stuart Bruce, United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

---

* Randall's due process claim is meritless because he cannot establish his rights were violated by the jury's use of a general verdict to

---

PER CURIAM:

Gerome Montreal Randall seeks to appeal the district court's order granting the Government's motion to dismiss his 28 U.S.C.A. § 2255 (West Supp.2002) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *United States v. Randall,* Nos. CR–95–58; CA–00–200–4–H (E.D.N.C. Apr. 3, 2001).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

convict him of drug crimes involving only one type of controlled substance.